FILED
JAMES BONINI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

2011 SEP 22 PM 3: 17

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:11 cr 142 |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| ALVIN SANDERSON, | ) | WALTER HERBERT RICE |
| Defendant. | ) | |

The United States Attorney charges:

COUNT ONE

[21 U.S.C. § 841(a)(1)]

On or about March 7, 2011, in the Southern District of Ohio, defendant **ALVIN SANDERSON** knowingly and intentionally distributed a mixture or substance containing cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

CARTER M. STEWART
United States Attorney

LAURA I. CLEMMENS
Chief, Dayton Branch